DLM

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| FREDERICK BAILLARGERON<br><br>*Plaintiffs,*<br><br>vs.<br><br>CITY OF NEWPORT, by and through its Finance Director, Laura Sitrin; NEWPORT POLICE DEPARTMENT; CHIEF CHARLES GOLDEN; ROBERT SPELLMAN; PATRICK SHEA; and JOSE COSTA,<br><br>*Defendants.* | C.A. No.<br><br>CA 06 172 ML<br><br>*{ R.I. Superior Court C.A. No. NC06-0155 }* |

**PETITION FOR REMOVAL**

**To: United States District Court**
**for the District of Rhode Island**

1. Defendants, City of Newport, by and through its Finance Director, Laura Sitrin, Newport Police Department, Chief Charles Golden, Robert Spellman, Patrick Shea and Jose Costa, are defendants in a civil action filed in the Newport County Superior Court entitled, *Frederick Baillargeron v. City of Newport, et al., C.A. No. NC06-0155.* Attached to this petition is a complete and certified copy of the record from Newport County Superior Court.

2. The aforesaid action was commenced with the filing of a Summons and Complaint. Upon information and belief, this complaint was served on or about April 6, 2006.

3. The above described action, as stated in plaintiffs' complaint, is one of which this Court has original jurisdiction, pursuant to the provisions of 28 U.S.C. § 1331 and is one which

may be removed to this Court by these defendants, pursuant to the provisions of 28 U.S.C. § 1441(a)-(d).

Defendants,
By their attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Petition for Removal was mailed, postage prepaid, on this 13th day of April, 2006, to:

Robert J. Caron, Esq. (#5735)
55 Bradford Street, Suite 203
Providence, RI 02903
(401) 831-1889