UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| FREDERICK BAILLARGERON<br><br>*Plaintiffs,*<br><br>vs.<br><br>CITY OF NEWPORT, by and through its Finance Director, Laura Sitrin; NEWPORT POLICE DEPARTMENT; CHIEF CHARLES GOLDEN; ROBERT SPELLMAN; PATRICK SHEA; and JOSE COSTA,<br><br>*Defendants.* | C.A. No.<br><br>CA 06 172 ML<br><br>*{ R.I. Superior Court C.A. No. NC06-0155 }* |

**ENTRY OF APPEARANCE**

I, Marc DeSisto, hereby enter my appearance for defendants, the City of Newport, by and through its Finance Director, Laura Sitrin, Newport Police Department, Chief Charles Golden, Robert Spellman, Patrick Shea and Jose Costa in the above-captioned matter.

Defendants,
By their attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

## CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Entry of Appearance was mailed, postage prepaid, on this 13th day of April 2006, to:

Robert J. Caron (#5735)
55 Bradford Street
Suite 203
Providence, RI 02903
(401) 831-1889

______________________