**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **FREDERICK BAILLARGERON** *Plaintiff* | : : : | |
| **V.** | : | **CA No. 06-172ML** |
| **CITY OF NEWPORT, BY AND THROUGH ITS FINANCE DIRECTOR, LAURA SITRIN; NEWPORT POLICE DEPARTMENT; CHIEF CHARLES GOLDEN; ROBERT SPELLMAN; PATRICK SHEA; AND JOSE COSTA** *Defendants* | : : : : : : : | |

**NOTICE TO TAKE DEPOSITION**

Please take notice that, pursuant to the Federal Rules of Civil Procedure, the Defendants in the above-captioned matter will take the deposition of **FREDERICK BAILLARGERON,** on oral examination. This examination will continue from day to day until completed and will commence on **WEDNESDAY, October 11, 2006,** at **1:00 P.M.,** at **DeSisto Law Office, 211 Angell Street, Providence, RI 02906,** before a Notary Public commissioned in the State of Rhode Island.

Defendants,
By their attorney,

*/s/ Marc DeSisto*

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that the within document has been electronically filed with the Court on September 26, 2006, and is available for viewing and downloading from the ECF system.

*/s/ Marc DeSisto*
Marc DeSisto