**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **FREDERICK BAILLARGERON** | : | |
| ***Plaintiff*** | : | |
| | : | |
| **V.** | : | **CA No. 06-172ML** |
| | : | |
| **CITY OF NEWPORT, BY AND** | : | |
| **THROUGH ITS FINANCE DIRECTOR,** | : | |
| **LAURA SITRIN; NEWPORT POLICE** | : | |
| **DEPARTMENT; CHIEF CHARLES** | : | |
| **GOLDEN; ROBERT SPELLMAN;** | : | |
| **PATRICK SHEA; AND JOSE COSTA** | : | |
| ***Defendants*** | | |

**DEFENDANTS' ASSENTED-TO MOTION TO EXTEND THE DATE TO COMPLY WITH THE COURT'S PRETRIAL ORDER REGARDING THE SUBMISSION OF PRETRIAL MEMORANDA**

Now come the defendants with the consent of the plaintiff and request an additional two weeks to comply with that portion of the Court's pretrial order directing that pretrial memorandums of law be filed on or about October 30, 2006. The parties seek an extension to November 13, 2006 and state as reason that they are still involved in active settlement negotiations.

Defendants,
By their attorney,

/s/ Marc DeSisto

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that this document has been filed electronically on November 3, 2006, and is available for viewing and downloading from the ECF system.