**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **FREDERICK BAILLARGERON** *Plaintiff* | : | |
| **V.** | : | **CA No. 06-172ML** |
| **CITY OF NEWPORT, BY AND THROUGH ITS FINANCE DIRECTOR, LAURA SITRIN; NEWPORT POLICE DEPARTMENT; CHIEF CHARLES GOLDEN; ROBERT SPELLMAN; PATRICK SHEA; AND JOSE COSTA** *Defendants* | : | |

**DISMISSAL STIPULATION**

The parties stipulate that this matter is dismissed, no interest, no cost, and each side to bear their own expenses.

Attorney for the Plaintiff,
/s/ Robert J. Caron

Robert J. Caron, Esq.
55 Bradford Street, Suite 203
Providence, RI 02903

Attorneys for Defendants,
/s/ Marc DeSisto

Marc DeSisto, Esq. No. 2757
DESISTO LAW
211 Angell Street
Providence, RI 02906
(401) 272-4442